UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN

IN RE:

Request from Spain Pursuant to the Treaty
Between the United States of America
and the Kingdom of Spain on Mutual
Assistance in Criminal Matters
_____/

No. 1:08-mc-82

**O R D E R**

    Upon application of the United States, and upon review of the request from Spain seeking evidence under the Treaty on Mutual Legal Assistance in Criminal Matters Between the United States of America and the Kingdom of Spain, and the Court having fully considered this matter,

    IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty between the United States of America and the Kingdom of Spain on Mutual Assistance in Criminal Matters</u>,1730 UNTS 113; __ U.S.T. __, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that persons or entities within the jurisdiction of this Court shall be required to provide testimony and produce documents and other things in accordance with the Treaty Request of Spain, without notice to the target or defendant in the foreign criminal proceedings, and Donald A. Davis is appointed as Commissioner of this Court; to take such steps as are necessary, including the issuance of Commissioner subpoenas, to obtain the evidence requested by Spain; to adopt such procedures for the receipt of the evidence as are consistent with the use of the evidence within Spain; to seek such further orders of the Court as are necessary to execute this request; to certify the testimony and documents obtained and to submit the

evidence to the Office of International Affairs, United States Department of Justice, for transmission to Spain; and to do all else that may be necessary for the accomplishment of the purposes of this Order.

Dated: August 14, 2008          /s/ Gordon J. Quist
                                GORDON J. QUIST
                                UNITED STATES DISTRICT JUDGE
                                WESTERN DISTRICT OF MICHIGAN